DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

15 DECEMBER 2015

| 216P15 | Amy Pharr Elam, Elizabeth F. Bailey, and Reid T. Deramus v. William Douglas Management, Inc. and Charlotte House Association of Unit Owners, Inc. | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA14-1377) | 1. Denied |
| | | 2. Plts' Motion for Temporary Stay | 2. Allowed **07/22/2015** Dissolved **12/15/2015** |
| | | 3. Plts' Petition for *Writ of Supersedeas* | 3. Denied |
| | | | **Ervin, J., recused** |
| 219P15 | State v. William Lowery, Jr. | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-385) | Denied |
| 222P15 | Thomas F. Adcox v. Clarkson Brothers Construction Company and UTICA National Insurance Group | 1. Defs' Motion for Temporary Stay (COA14-313-2) | 1. Allowed **07/02/2015** Dissolved **12/15/2015** |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Defs' PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as moot |
| | | | **Beasley, J., recused** |
| 238P15 | State v. Grady Lee Nicholson | 1. Def's *Pro Se* Motion for PDR | 1. Denied |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA | 2. Denied |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| | | 4. Def's *Pro Se* Motion to Appoint Counsel | 4. Dismissed as moot |